**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-cr-30016-SMY |
| | ) | |
| EMIL LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**YANDLE, District Judge:**

Defendant Emil Lewis was sentenced on September 13, 2018, to 240 months' imprisonment and 10 years' supervised release on one count of conspiracy to distribute cocaine (Count 1) and three counts of distribution of a cocaine (Counts 3-5) (Docs. 92, 97). Lewis moved for compassionate release pursuant to the First Step Act of 2018 due to the COVID-19 global pandemic (Docs. 131, 150). On June 21, 2021, the undersigned denied Lewis's motion, finding no compelling circumstances justifying his release (Doc. 152). Now pending before the Court is Lewis's second *pro se* Motion for Compassionate Release (Doc. 163). Lewis asserts that there are inadequate health care conditions at Yazoo City FCI and he fears getting COVID-19.

The Court finds no basis to reconsider its previous ruling because Lewis has been fully vaccinated. As such, he is at no higher risk for severe illness or death from the virus in prison than he would be if he were to be released. *See United States v. Barbee*, 25 F.4th 531, 533 (7th Cir. 2022); *United States v. Broadfield*, 5 F.4th 801, 803 (7th Cir. 2021) ("A prisoner who can show that he is unable to receive a vaccine still may turn to [the compassionate release] statute, but, for the vast majority of prisoners, the availability of a vaccine makes it impossible to conclude that the risk of COVID-19 is an 'extraordinary and compelling' reason for immediate release"). And

to the extent that Lewis is challenging the conditions and medical care provided at Yazoo City FCI more generally, "a compassionate release motion is not the right vehicle." *United States v. Miller*, No. 21-1600, 2022 WL 2187555, at *1 (7th Cir. June 16, 2022).

Accordingly, Defendant's Motion (Doc. 163) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: July 29, 2024**

**STACI M. YANDLE**
**United States District Judge**